[No. 42836-5-I.     Division One.     March 27, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. RANDELL DEON GRANT, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 98-1-00138-5, Ronald L. Castleberry, J., entered May 20, 1998. *Remanded* by unpublished per curiam opinion.

[No. 42838-1-I.     Division One.     March 27, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. R.J.L., *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 98-8-00011-2, Anita L. Farris, J., entered May 11, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 43165-0-I.     Division One.     March 27, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. EDGAR DENNIS III, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-08582-5, Norma Smith Huggins, J., entered July 23, 1998. *Affirmed in part* and *reversed in part* by unpublished per curiam opinion. Now published at 101 Wn. App. 223.

[No. 43749-6-I.     Division One.     March 27, 2000.]

KENNETH GOODWIN, *Appellant*, v. GEORGE W. WRIGHT, ET AL., *Defendants*, WESTERN NATIONAL ASSURANCE COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 93-2-04407-9, Joseph A. Thibodeau, J., entered June 25, 1998. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Baker and Appelwick, JJ. Now published at 100 Wn. App. 631.